OFFICE OF THE UNITED STATES TRUSTEE
74 Chapel Street
Albany, NY 12207
(518) 434-4553
Lisa M. Penpraze, Assistant U.S. Trustee

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK
ALBANY DIVISION
-----------------------------------------------------------
*In re:*

THE VELLANO COPRORATION,

**Chapter 11**

**Case No. 17-11348**

*Debtor.*
-----------------------------------------------------------

**AMENDED APPOINTMENT OF**
**OFFICIAL COMMITTEE OF UNSECURED CREDITORS**

    William K. Harrington, the United States Trustee for Region 2, hereby appoints the following unsecured creditors who are willing to serve on the Official Committee of Unsecured Creditors, pursuant to 11 U.S.C. § 1102(a) and § 1102(b):

1. McWane, Inc.
   2266 S. 6th Street
   Cashocton, OH 43812
   Attn: Bernie Kenney, Credit Manager
   Telephone (800) 800-6013
   Telephone (740) 291-1014
   Email: bernie.kenney@mcwaneductile.com

2. Lane Enterprises, Inc.
   3905 Hartzdale Drive, Suite 514
   Camp Hill, PA 17011
   Attn: Michael J. McCauley, Vice President-Corporate Strategy
   Telephone (717) 761-8175
   Fax No. (717) 761-5055
   Email: mmccauley@lane-enterprises.com

3. National Pipe & Plastics, Inc.
   3421 Old Vestal Road
   Vestal, NY 13850
   Attn:   David Culburtson, President/CEO
   ~~Attn:   Shelley M. Suer, CFO~~
   Telephone (607) 729-9381
   Fax No. (607) 729-9380
   Email:   djc@nationalpipe.com
   Email:   ssuer@nationalpipe.com


Dated: Albany, New York           WILLIAM K. HARRINGTON
       September 14, 2017          UNITED STATES TRUSTEE
                                   FOR REGION 2


                                   By:   /s/ Lisa M. Penpraze
                                         Lisa M. Penpraze
                                         Assistant U.S. Trustee
                                         74 Chapel Street, Suite 200
                                         Albany, NY 12207
                                         (518) 434-4553