# EXHIBIT A

# HH&K
## Hinman, Howard & Kattell LLP
ATTORNEYS

80 Exchange Street | P. O. Box 5250 | Binghamton NY 13902-5250 | (607) 723-5341 | www.hhk.com

Unsecured Creditors Committee  
3421 Old Vestal Road  
Vestal, NY 13850

March 15, 2018  
Matter ID #: 080236-0000001  
Statement #: 1291597

**Re: The Vellano Corporation Bankruptcy**

*This is our statement for services rendered.*  
*To arrange to pay by credit card via telephone, please call (607) 231-6922.*  
*If you have questions regarding your statement, please contact the attorney*  
*with whom you work, or contact the billing department at (607) 231-6986.*

## SERVICES

| Date | Atty | Description | Hours |
|---|---|---|---|
| 10/02/2017 | HDM | Prepare for conference; attend conference; begin work on papers | 1.50 |
| 10/02/2017 | HDM | Work on appointment papers. | 0.50 |
| 10/02/2017 | DRN | Telephone conference with unsecured creditors committee regarding status of matter, strategy for handling going forward; Conference with HMervis to discuss strategy for handling action going forward | 1.20 |
| 10/03/2017 | KB | Work on Notice of Appearance, Application to Appoint and Order for Creditor Committee Attorney. | 1.70 |
| 10/03/2017 | HDM | Work on appointment; work on opposition | 1.00 |
| 10/03/2017 | HDM | Conference with Donato re: examination. | 0.30 |
| 10/04/2017 | KB | Office conference with Attorney Mervis; work on Application; draft retainer letter; revisions; scan and e-mail to Committee members. | 1.70 |
| 10/04/2017 | HDM | Work on papers, application and opposition to submit papers. | 1.50 |
| 10/05/2017 | CRB | Re: Bankruptcy Matter: Research regarding Marshaling of Assets Doctrine; Compile cases for HDM regarding the same. | 1.00 |
| 10/05/2017 | KB | Office conference with Attorney Mervis regarding Affirmation. | 0.30 |
| 10/05/2017 | KB | Revisions to Application and Retainer Letter; e-mail to all parties. | 0.50 |
| 10/05/2017 | KB | Work on Affirmation; office conference with Attorney Mervis regarding hearing dates; review Judge Littlefield's calendar; docket hearing and due dates. | 1.20 |
| 10/05/2017 | HDM | Work on opposition papers. | 4.00 |
| 10/06/2017 | KB | Office conference with Attorney Mervis; continued work on Application to Employ, Declaration, Response to Motion, Draft Application to Shorten time; conflict checks. | 4.20 |
| 10/06/2017 | DRN | Telephone conference with client regarding status of matter; Review submissions in response to trustee's motion to dismiss/convert; Consider strategy for handling action going forward in light of status | 1.30 |

1

| Date | Initials | Description | Hours |
|---|---|---|---|
| | | of debtor, status of motion proceedings. | |
| 10/06/2017 | JWO | Conference with Attorney Mervis regarding matter | 0.30 |
| 10/09/2017 | KB | Office conferences with Attorney Mervis; revisions to Application to Employ; finalize; compile exhibits; scan and e-file | 1.50 |
| 10/09/2017 | KB | Office conference with Attorney Mervis; revise Shorten Time Application; draft proposed Order; scan and e-file. | 1.20 |
| 10/09/2017 | KB | Office conference with Attorney Mervis; revise Response to UST Motion; compile exhibits; scan and e-file. | 0.90 |
| 10/09/2017 | HDM | Final review of application. Final review of opposition. Prepare for hearing on 10/11/17. | 1.00 |
| 10/09/2017 | HDM | Continue work on motion papers. | 1.00 |
| 10/10/2017 | HDM | Prepare for meeting. | 0.30 |
| 10/11/2017 | HDM | Work on discovery documents. Attend hearing in Albany. | 3.90 |
| 10/11/2017 | HDM | Round trip travel to attend hearing in Albany. (4 hours round trip, billed at 50%) | 2.00 |
| 10/13/2017 | KB | Office conference with Attorney Mervis regarding Order; revise Order; e-mail to US Trustee for review. | 0.60 |
| 10/13/2017 | HDM | Various calls and e-mails; work on discovery; conference with IRW | 1.00 |
| 10/13/2017 | DRN | Draft demand to M&T bank for discovery; Draft demand to Debtor for discovery. | 1.70 |
| 10/16/2017 | KB | Approval of proposed Order from U.S. Trustee. | 0.10 |
| 10/16/2017 | KB | Office conference with Attorney Mervis regarding proposed Order; telephone call to Chambers. | 0.20 |
| 10/16/2017 | DRN | Draft discovery demands to M&T Bank; Draft discovery demands to Debtor; Emails to attorneys Brennan and Weiskopf regarding discovery demands. | 1.70 |
| 10/17/2017 | DRN | Emails from and to RWeiskopf regarding discovery demands to Vellano; Consider revisions to order appointing examiner. | 0.50 |
| 10/18/2017 | KB | Work on Examiner Order. | 0.60 |
| 10/18/2017 | DRN | Review emails from clients regarding questions about memo to unsecured creditors committee; Review memo to unsecured creditors committee regarding status of matter. | 0.10 |
| 10/19/2017 | HDM | Work on discovery demands | 1.00 |
| 10/19/2017 | DRN | Emails to and from attorney Penpraze regarding order appointing examiner; Emails to and from attorneys for all parties regarding proposed draft of order appointing examiner and requested revisions thereto; Emails to and from attorney Weiskopf regarding discovery demands; Emails to and from attorney Brennan regarding examiner fees carve out. | 0.50 |
| 10/20/2017 | KB | Office conference with Attorney Norton regarding Examiner Order and requested revisions. | 0.10 |
| 10/20/2017 | HDM | Conference with Frank B., conference with Roland W; conference with Lee W; conference call with client. | 1.30 |

2

| Date | Initials | Description | Hours |
|---|---|---|---|
| 10/20/2017 | DRN | Review emails from attorneys for parties regarding revisions to order appointing examiner; Revise order appointing examiner | 0.60 |
| 10/23/2017 | DRN | Emails from and to attorneys for parties regarding revised order directing trustee to appoint examiner. | 0.20 |
| 10/24/2017 | KB | Office conference with Attorney Mervis regarding proposed Order. | 0.10 |
| 10/24/2017 | HDM | Review changes to order. | 0.30 |
| 10/24/2017 | DRN | Emails from attorney Brennan regarding response to discovery demands. | 0.20 |
| 10/25/2017 | KB | Finalize Order; scan and upload to Court. | 0.30 |
| 10/26/2017 | HDM | Various calls and e-mails in preparation for return date - related to examiner. | 0.70 |
| 10/28/2017 | KB | Order signed appointing HHK as attorneys; transfer all prolaw documents into new file. | 0.50 |
| 10/30/2017 | HDM | Prepare for next hearing. | 0.40 |
| 10/30/2017 | DRN | Review emails from FBrennan regarding discovery demands; Review 30+ documents provided by attorney Brennan in response to discovery demand; Review balance sheets and operating reports provided by attorney Weiskopf in response to discovery demands; Telephone conference with attorney Brennan regarding document production. | 4.10 |
| 10/31/2017 | KB | Office conference with Attorney Mervis; revisions to Affirmation; finalize; compile exhibit; scan and e-file; office conference with Attorney Norton. | 1.00 |
| 10/31/2017 | HDM | Conference with Donato and conference with Woodard | 1.50 |
| 10/31/2017 | HDM | Work on submission. | 1.00 |
| 10/31/2017 | DRN | Review and revise affirmation in support of motion to dismiss, convert or appoint 1104 trustee; Review emails to and from attorney Brennan regarding amounts due and owing to M&T bank. | 0.50 |
| 11/01/2017 | HDM | Attend Hearing; various conferences in Albany. | 2.70 |
| 11/01/2017 | HDM | Round trip travel to Albany, NY. (4 hours round trip, billed at 50%) | 2.00 |
| 11/02/2017 | DRN | Telephone conference with DCulbertson regarding status of action; Emails to and from members of Unsecured Creditors Committee regarding status of action; Review bank statements provided by Vellano. | 2.20 |
| 11/10/2017 | DRN | Review papers submitted by Vellano in further support of its motion to approve 363 sale. | 0.50 |
| 11/13/2017 | DRN | Research case law governing Debtor's burden of proof on motion to approve 363 sale. | 1.00 |
| 11/14/2017 | DRN | Draft response to Debtor's supplement to motion to approve 363 sale; Research case law in connection with drafting response to Debtor's supplement to motion to approve 363 sale; Emails to and from clients regarding status of action. | 3.50 |
| 11/16/2017 | KB | Office conference with Attorney Mervis; finalize, scan and e-file Response; office conference with Attorney Norton; run bankruptcy | 0.50 |

3

| Date | Atty | Description | Hours |
|---|---|---|---|
| | | calendar for hearing time; docket. | |
| 11/16/2017 | DRN | Review emails from trustee regarding debtor's motion to approve 363 sale; Telephone conference with trustee regarding debtor's motion to approve 363 sale. | 0.80 |
| 11/20/2017 | HDM | Various conferences regarding next steps. | 0.40 |
| 11/20/2017 | DRN | Review motion papers filed by Vellano, M&T Bank, and Trustee in preparation for arguing in opposition to motion to approve 363 sale. Argue in opposition to motion to approve 363 sale. | 4.10 |
| 11/20/2017 | DRN | Round trip travel to Albany, NY to attend motion term. (4 hours round trip, billed at 50%) | 2.00 |
| 11/21/2017 | DRN | Telephone conference with attorney Penpraze regarding motion to approve 363 sale; Telephone conference with client regarding motion to approve 363 sale; Emails to and from clients regarding motion to approve 363 sale; Draft email to attorneys for parties regarding 363 sale; Telephone conference with court to argue motion to approve 363 sale. | 1.30 |
| 11/22/2017 | DRN | Review emails from attorneys for parties regarding proposed order denying motion to approve 363 sale; Review proposed order denying motion to approve 363 sale. | 0.20 |
| 12/08/2017 | DRN | Review emails from and to clients regarding status of matter. | 0.10 |
| 12/11/2017 | DRN | Telephone conference with unsecured creditor's committee regarding status of action, strategy for handling response to lift-stay motion, Weiskopf fee application, and motion to convert/dismiss; Telephone conference with attorney Penpraze regarding hearing on pending motions. | 1.10 |
| 12/12/2017 | KB | Finalize letter to Chambers; scan and e-file. | 0.30 |
| 12/20/2017 | KB | Office conference with Attorney Mervis regarding hearing; prep file for hearing. | 0.50 |
| 12/21/2017 | HDM | Attend Hearing in Albany. (4 hours round trip, billed at 50%) | 2.00 |
| 12/22/2017 | DRN | Review and reply to email from client regarding status of action. | 0.10 |
| 02/27/2018 | DRN | Draft motion for award of fees. | 1.60 |
| 03/01/2018 | DRN | Revise fee application; Research statutes and rules governing fee application; Emails to and from trustee regarding fee application. | 2.40 |
| 03/07/2018 | DRN | Revise fee application; Email trustee regarding fee application. | 0.30 |

Total Fees: $21,350.00

## LAWYER SUMMARY

| | | |
|---|---|---|
| Corey R. Barklow | 1.00 hours at $200.00/hr | 200.00 |
| Kristie Blakeslee | 18.00 hours at $85.00/hr | 1,530.00 |
| Harvey D. Mervis | 31.30 hours at $300.00/hr | 9,390.00 |
| Daniel R. Norton | 33.80 hours at $300.00/hr | 10,140.00 |
| James W. Orband | 0.30 hours at $300.00/hr | 90.00 |

4

|  |  | Total hours: | 84.40 |  |
|---|---|---|---|---|

*COSTS*

| Date | Description | Amount |
|---|---|---|
| 11/09/2017 | Mileage Expense - - To/From Albany $148., 278 Miles @.535 cents per mile (10/11/17) | 148.00 |
| 11/09/2017 | Mileage Expense - To/From Albany $148., 278 Miles @.535 cents per mile (11/01/17) | 148.00 |
| 11/09/2017 | Parking | 7.00 |
| 12/01/2017 | Mileage Expense - To/From Albany, 281 miles @.535 cents per mile (11/20) | 150.33 |
| 12/01/2017 | Parking | 8.00 |
| 01/02/2018 | Travel (Out-of-Town) To/From Albany $148.74, 278 miles @.535 per mile, $25.00 parking, $40.00 meals (12/21) | 213.72 |
| 02/05/2018 | Pacer Service Center Search | 19.20 |
| 02/05/2018 | Pacer Service Center Search | 35.90 |

|  |  |
|---|---|
| Total Costs: | $730.15 |
| Total Current Billing | $22,080.15 |
| **Total Amount Due** | **$22,080.15** |

Tax ID # 15-0561878
Credit Card Payments (607) 231-6922.
Thank you for being a client of Hinman, Howard and Kattell, LLP.

5

*RETAINER ACTIVITY*

*Beginning Balance:* _____

*Ending Balance:*

6